**UNITED STATES of America, Plaintiff-Appellee,**

**and**

**Claudia Appelbaum, Plaintiff,**

v.

**Eric APPELBAUM, Defendant-Appellant.**

No. 16-1949

United States Court of Appeals, Fourth Circuit.

Submitted: June 2, 2017

Decided: June 8, 2017

Amended: August 29, 2017

William R. Terpening, TERPENING MOORS PLLC, Charlotte, North Carolina, for Appellant.

Jill Westmoreland Rose, United States Attorney, Caroline D. Ciraolo, Principal Deputy Assistant Attorney General, Thomas J. Clark, Marion E.M. Erickson, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Before NIEMEYER, SHEDD, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Appelbaum appeals from the district court's order denying his motion for costs and attorney's fees pursuant to 26 U.S.C. § 7430 (2012). We have reviewed the materials before the court, including the parties' briefs and the district court's opinions, and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Appelbaum*, No. 5:12-cv-00186-RLV-DSC, 2016 WL 4059680 (W.D.N.C. July 27, 2016. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*